

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sandra A. Bober*
*Assistant United States Attorney*

*402 East State Street, Room 430*　　*main: (609) 989-2190*
*Trenton, NJ 08608*　　　　　　　*direct:(609) 858-0304*
*sandra.bober@usdoj.gov*　　　　*fax:　(609) 989-2275*

May 4, 2026

**By ECF**

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

　　　　Re:　*Rodriguez Velandia v. Soto,* No. 26-3522 (MCA)
　　　　　　　**Petitioner's Release**

Dear Judge Arleo:

　　　This Office represents Respondents in the above-referenced habeas matter. We respectfully submit this letter in response to the Court's May 4, 2026 order granting Petitioner's release. ECF No. 5. U.S. Immigration and Customs Enforcement advised this Office that it released Petitioner from its custody today, May 4, 2026, at 5:45 p.m. under the same conditions that existed prior to detention and with his personal property.

　　　We thank the Court for its attention to this matter.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　ROBERT FRAZER
　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　By:　　*s / Sandra A. Bober*
　　　　　　　　　　　SANDRA A. BOBER
　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　*Attorneys for Respondents*

cc:　　All counsel of record (via ECF)

Case shall be closed.
SO ORDERED

　*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:　5/5/26